**No. 58168.**—Paramount Import Co., Inc. *v.* United States, protest 197610–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of pendants the same in all material respects as the articles

the subject of *Brier Manufacturing Co.* v. *United States* (39 C. C. P. A. 68, C. A. D. 465), the claim of the plaintiff was sustained.